IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY /H/ D.C.

05 SEP 27 PM 4:26

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CR. NO. 04-20103-D |
| ) | |
| JEFFERY KYLE HOLLIDAY, ) | |
| ) | |
| Defendant(s). ) | |

### ORDER GRANTING GOVERNMENT'S MOTION TO SET HEARING PURSUANT TO FED. R. CRIM. P. 35(b)(1)(A)

The government has filed a motion styled "Motion to set Hearing Pursuant to Fed. R. Crim. P. 35(b)(1)(A)." In this motion, the government requests that the district court set a date for a hearing on its Rule 35(b)(1)(A) motion, which was previously filed in this case, because the defendant's cooperation with the government has been completed. For good cause shown, the government's motion is **GRANTED**. A hearing on the government's Rule 35(b)(1)(A) motion is hereby set for October 20, 2005, at 2:00 PM.

So **ORDERED** this 19th day of September, 2005, at Memphis, Tennessee.

_____
The Honorable Bernice B. Donald
United States District Judge
Western District of Tennessee

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 9/28/05

APPROVED

*(signature)*

Joseph C. Murphy, Jr.
Assistant U.S. Attorney
Western District of Tennessee

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 278 in case 2:04-CR-20103 was distributed by fax, mail, or direct printing on September 28, 2005 to the parties listed.

---

Tony L. Axam
LAW OFFICE OF TONY L. AXAM
1280 W. Peachtree St.
Ste. 310
Atlanta, GA 30309

Joseph C. Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Michelle L. Betserai
BETSERAI & SPELL
100 N. Main St.
Ste. 901
Memphis, TN 38103

J. Patten Brown
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Handel R. Durham
DURHAM & ASSOCIATES
100 North Main St.
Ste. 2601
Memphis, TN 38103

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Mitzi H. Spell
BETSERAI & SPELL
100 N. Main St.
Ste. 901
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT